UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BILL OF INFORMATION FOR THE
ILLEGAL DISCHARGE OF POLLUTANTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 04-183-A-m2 |
| *versus* | 33 U.S.C. § 1319(c)(1)(A) |
| SAUN AUGUST SULLIVAN | |

**THE UNITED STATES ATTORNEY CHARGES:**

**AT ALL TIMES RELEVANT HEREIN:**

1) **SAUN AUGUST SULLIVAN**, defendant herein, was one of the individuals responsible for the operations of four sewer plants whose responsibilities included ensuring the sewer plants operated in compliance with their permits.

2) Federal law restricted the discharge of pollutants from point sources into the waters of the United States, including the Amite River. To protect water quality, federal law required those engaging in such discharges to obtain a permit specifying the types and amounts of pollutants which may be discharged by the permittee and the conditions under which the permittee may discharge such pollutants.

3) Each of the sewer plants had a permit to discharge treated sewage into the Amite River through specified outfalls at the facility. The permit authorized such discharges only in accordance with certain conditions, including quarterly filing of discharge monitoring

reports and quarterly sampling and testing of the treated sewage.

4) On at least ten occasions, from in or about November 2000, through on or about January 10, 2002, in the Middle District of Louisiana, defendant **SAUN AUGUST SULLIVAN** negligently did cause the discharge of sewage, which was a pollutant, from a point source, which was a pipe leading from the treatment plant, into the waters of the United States (the Amite River), in violation of conditions of the permit of each of the sewer plants in that the discharges of sewage occurred without the filing of discharge monitoring reports or sampling or testing of the sewage.

The above is a violation of Title 33, United States Code, Section 1319(c)(1)(A).

DATE: __November 22__, 2004

UNITED STATES OF AMERICA, by

_____
LYMAN E. THORNTON, III, LBN 20393
ACTING UNITED STATES ATTORNEY

_____
COREY R. AMUNDSON, LBN 28865
ASSISTANT U.S. ATTORNEY