UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

2004 NOV 22 P 3: 25

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| *versus* : | CRIMINAL NO. 04-183-A-M2 |
| SAUN AUGUST SULLIVAN : | |

## JOINT FACTUAL STIPULATIONS

1. Saun August Sullivan, defendant herein, was one of the individuals responsible for the operations of four sewer plants whose responsibilities included ensuring the sewer plants operated in compliance with their permits. Specifically, Sullivan was one of the officials responsible for sewer plants owned by The Sewer Company, Inc., Intrinsic, Inc., NTL, Inc., and 45,000, Inc. ("the sewer businesses). The sewage treatment plants discharged the wastewater into waters of the United States and were located in Livingston Parish, Louisiana.

2. Each of the sewer businesses obtained Clean Water Act permits from the Louisiana Department of Environmental Quality (LDEQ). Each of the permits authorized the sewer businesses to discharge the wastewater which resulted from the treatment of sewage at the plants. Each of the permits authorized such discharges at a specified outfall and only in accordance with certain conditions. Each of the permits required the wastewater to be sampled and tested, either monthly or quarterly, and to report all exceedances to LDEQ. Each of the permits also required discharge monitoring reports to be filed with LDEQ each quarter.

3. On at least ten (10) days, from in or about November, 2000, through on or about January 10, 2002, in the Middle District of Louisiana, Sullivan negligently did discharge pollutants, that is, sewage from a point source into waters of the United States in violation of conditions of the sewer businesses' permits. During this time, sewage from the treatment

| INITIALS | DOCKET# |
|---|---|
| nt | 3 |

plant entered the Amite River. These discharges of sewage were in violation of conditions of the permits in that no Discharge Monitoring Reports were filed and none of the required sampling and testing of the wastewater occurred. Also, Sullivan did not report exceedances as required by the sewer businesses' permits.

Dated: **5 NOV**, 2004.

UNITED STATES OF AMERICA, by

_____
Saun August Sullivan
Defendant

_____
Corey R. Amundson, LBN 28865
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, LA 70801
Telephone: 225-389-0443

_____
James E. Boren, LBN 3252
Attorney for Defendant
1930 Florida Avenue, SW
Denham Springs, LA 70726-4911
Telephone: 225-664-9500